UTICA,
Aug. 1826.

Jackson
v.
Sackett.

JACKSON, *ex dem.* ABEL, *against* MILLER.

The su-
preme court
will not order
a case to be
referred to a
circuit judge
for settlement
as to the evi-
dence, where
it has once
been settled
by him ac-
cording to the
practice of the
court ; unless
there be a ve-
ry plain mis-
take.

*J. L. Viele,* for the defendant, moved that a case made
for the purpose of moving for a new trial in this cause,
and which had been settled by the circuit judge who tried
the cause, be again referred to him for re-settlement. The
motion was founded on affidavits of the defendant's coun-
sel, and of witnesses sworn at the trial, that, according to
their recollection, some of the testimony given at the trial
had been mistaken by the judge.

*E. Cowen,* contra, produced affidavits of the plaintiff's
counsel, that, according to their recollection, the evidence
was correctly stated by the judge.

*Curia.* Where the testimony in a case has been settled
by a circuit judge, according to the practice of this court,
we will not examine its accuracy on affidavit ; and order
it referred for correction, unless there be a very plain mis-
take. He hears the witnesses, and takes minutes of their
testimony, which he has before him ; and is, therefore,
more competent to settle the testimony than this court.
The motion must be denied.

Motion denied.